**DENIED** — without prejudice for failure to show adequate compliance with Local Rule 7-19

BY ORDER OF ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE
ON May 15, 2013

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of Nokia Corporation,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Broadcom Corporation for use in Foreign Proceedings. | Case No.: 8:13-mc-10-UA (ANx)<br><br>**[PROPOSED] ORDER GRANTING NOKIA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**<br><br>[Ex Parte Application and Supporting Memorandum; and Declaration of Casondra K. Ruga concurrently herewith] |

[PROPOSED] ORDER GRANTING NOKIA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

LEGAL02/34099558v2

1   This matter comes before the Court on the *Ex Parte* Application of
2 Nokia Corporation ("Nokia") for an Order to Obtain Discovery for Use in
3 Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) (the "Application"),
4 which seeks documents from Broadcom Corporation ("Broadcom") in
5 connection with foreign patent litigation pending between Nokia and HTC
6 Corporation. The Court, having fully considered the papers on file and submitted
7 herewith, and good cause appearing:

8   **HEREBY GRANTS** the Application of Nokia.

9   **IT IS HEREBY ORDERED THAT NOKIA IS GRANTED**
10 **LEAVE TO** issue a subpoena for documents in substantially the form attached
11 as Exhibit A to the Application, directing Broadcom to produce the documents
12 requested in the subpoena at the offices of counsel for Nokia, Alston & Bird
13 LLP, c/o Casondra K. Ruga, Esq., 333 South Hope Street, 16th Floor, Los
14 Angeles, California 90071 or another location mutually agreeable to Nokia and
15 Qualcomm.

16   **IT IS SO ORDERED.**

18 DATED:_____   _____
19                                     United States Magistrate Judge

28                                                   1

[PROPOSED] ORDER GRANTING NOKIA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

LEGAL02/34099558v2

DATED: May 14, 2013

MICHAEL NEWTON
CASONDRA K. RUGA
**ALSTON & BIRD LLP**

_____
Casondra K. Ruga
Attorneys for Applicant
**Nokia Corporation**

2

[PROPOSED] ORDER GRANTING NOKIA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

LEGAL02/34099558v2